# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

MCZ Development Corp., Sheffield Development Partners, LLC, Canyon Partners, LLC, and Florence Development Partners, LLC,

Plaintiff(s),

v.

Dickinson Wright, PLLC, and Dennis J. Whittlesey,

Defendant(s).

Case No. 13 C 6395
Judge Sharon Johnson Coleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Dickinson Wright, PLLC, and Dennis J. Whittlesey
and against plaintiff(s) MCZ Development Corp., Sheffield Development Partners, LLC, Canyon Partners, LLC, and Florence Development Partners, LLC
.
Defendant(s) shall recover costs from plaintiff(s).

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Sharon Johnson Coleman on a motion to dismiss.

Date: 11/12/2015

Thomas G. Bruton, Clerk of Court

/s/ Robbie Hunt , Deputy Clerk